FILED
John E. Triplett, Clerk of Court
United States District Court
By jburrell at 10:26 am, Sep 13, 2021

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. 2:21cr-41 |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | Conspiracy |
| YORDON VELAZQUEZ VICTORIA | ) | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT ONE
*Conspiracy*
18 U.S.C. § 371

1. Beginning at least on or about February 3, 2020 and continuing through on or about October 6, 2020, the precise dates being unknown to the Grand Jury, in Glynn County, within the Southern District of Georgia and elsewhere, the defendant

**YORDON VELAZQUEZ VICTORIA,**

being aided and abetted by others known and unknown, did knowingly and willfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, with some joining the conspiracy earlier and others joining later, did knowingly and willfully combine, conspire, confederate and agree to commit certain offenses against the United States, that is, mail fraud in violation of Title 18, United States Code, Section 1341.

2. It was part of the conspiracy and the objects thereof, to make money by means of materially false and fraudulent pretenses, representations, and promises, by using the United States mail, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1341.

3. In furtherance of this conspiracy, and to effect the objects thereof, the defendant committed one or more of the following overt acts, among others:

a. Defendant **YORDON VELAZQUEZ VICTORIA**, aided and abetted by others, signed paperwork submitted in his name and mailed to the United States government seeking foreign workers to enter the United States to work for an agriculture employer with an H-2A visa.

b. Defendant **YORDON VELAZQUEZ VICTORIA**, aided and abetted by others, transported workers from their housing locations to their work sites.

c. Defendant **YORDON VELAZQUEZ VICTORIA**, aided and abetted by others, received at least $600 a week from co-conspirators for the use of his name on the paperwork and for transporting workers.

All in violation of Title 18, United State Code, Sections 371 and 2.

# FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 982(a)(6).

Pursuant to Title 18, United States code, Section 982(a)(6), upon conviction of a conspiracy to violate Section 1341, in violation of Title 18, United States Code, Section 371, the defendant **YORDON VELAZQUEZ VICTORIA**, shall forfeit to the United States of America, any property, real or personal – that constitutes, or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the offense of which the defendant is convicted; or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the defendant is convicted.

If any property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, 982(b)(1) and Title 28, United States Code, Section 2461(c).

_____  
David H. Estes  
Acting United States Attorney

*Tania D. Groover*  
Tania D. Groover  
Assistant United States Attorney  
*Lead Counsel

_____  
Karl I. Knoche  
Assistant United States Attorney  
Chief, Criminal Division