UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUSNWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  2:21CR41 |
| | ) | |
| v. | ) | |
| | ) | |
| YORDON VICTORIA | ) | |

## ORDER

The aforesaid Plea Agreement, having been considered by the Court in conjunction with the interrogation by the Court of the defendant and the defendant's attorney at a hearing on the defendant's motion to change his plea and the Court finding that the plea of guilty is made freely, voluntarily and knowingly, it is thereupon,

ORDERED that the plea of guilty by defendant be, and it is, hereby accepted and the foregoing Plea Agreement be, and it is, hereby ratified and confirmed.

This 28th day of September, 2021.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA