UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:21-CR-41 |
| | ) | |
| YORDON VELAZQUEZ VICTORIA | ) | |

ORDER TO SEAL

This matter is before the Court on the United States' Motion to Seal Exhibit A to Docket Number 26. After careful consideration, and for good cause shown, the Court **GRANTS** the United States' Motion. It is hereby **ORDERED** that Exhibit A to Docket Number 26 be sealed until further Order of the Court.

SO ORDERED, this 23 day of May 2022.

_____
HON. LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1